# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: Gonzalez, Jose Mejia | ) | |
| | ) | |
| (and others) | ) | 09 B 16144 |
| | ) | (and others) |
| Debtor(s), | ) | |
| | ) | |

**Trustee's Report of Deposit of Unclaimed Property**

Now comes Tom Vaughn, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check number 1185703, pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

/s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

10/14/15