EXHIBIT A: Unclaimed Debtor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 09 B 16144 | Gonzales, Jose Mejia | Jose Mejia Gonzales<br>2108 S 56th Ct #2<br>Cicero IL  60804 | $40.64 | Checks issued to debtor not presented within 90 days |
| 02) | 09 B 44722 | Lampkin, Janice | Janice Lampkin<br>14757 Langley Ave<br>Dolton IL  60419 | $2.95 | Check issued to debtor not presented within 90 days |
| 03) | 10 B 15078 | Adams, Keisha N | Keisha N Adams<br>8129 S Ingleside #1W<br>Chicago IL  60619 | $2.52 | Check issued to debtor not presented within 90 days |
| 04) | 10 B 16486 | Stewart, Cleatus Dale | Cleatus Dale Stewart<br>Valerie Stewart<br>18251 Oakwood Ave<br>Lansing IL  60438 | $11.87 | Check issued to debtor not presented within 90 days |
| 05) | 10 B 36607 | Dean, Douglas | Douglas Dean<br>12541 S Quinn<br>Alsip IL  60803 | $2.86 | Check issued to debtor not presented within 90 days |
| 06) | 10 B 42208 | Wyzykowski, Frank | Frank Wyzykowski<br>Sharon Wyzykowski<br>6449 N Nashville Ave<br>Chicago IL  60631 | $3.62 | Check issued to debtor not presented within 90 days |
| 07) | 10 B 53583 | Perry, Sharisse | Sharisse Perry<br>1379 Dahlgren Ln<br>Minooka IL  60447 | $3.00 | Check issued to debtor not presented within 90 days |

| # | Case No. | Debtor | Address | Amount | Reason |
|---|---|---|---|---|---|
| 08) | 11 B 01185 | Scott, Vicky S | Vicky S Scott<br>1318 S Sawyer #3C<br>Chicago IL 60623 | $11.71 | Check issued to debtor not presented within 90 days |
| 09) | 11 B 17524 | Ladson, Anthony | Anthony Ladson<br>5040 S Woodlawn #1N<br>Chicago IL 60615 | $5.16 | Check issued to debtor not presented within 90 days |
| 10) | 11 B 41130 | Chromy, James A | James A Chromy<br>Georgina Tejada Chromy<br>1257 Maple Ln<br>Elk Grove Village IL 60007 | $1.06 | Check issued to debtor not presented within 90 days |
| 11) | 12 B 09424 | Thurman, Eugene | Eugene Thurman<br>4138 W Cermak Ave #2<br>Chicago IL 60623 | $2,600.00 | Checks issued to debtor not presented within 90 days |
| 12) | 12 B 21582 | Perdichizzi, Robert A | Robert A Perdichizzi<br>Perlita E Perdichizzi<br>1527 Bradfox Lane<br>North Las Vegas NV 89032 | $116.20 | Checks issued to debtor not presented within 90 days |
| 13) | 13 B 25140 | Grafreed, Kendior E | Kendior E Grafreed<br>962 Cambridge Ave<br>Chicago IL 60610 | $501.00 | Checks issued to debtor not presented within 90 days |
| 14) | 13 B 28402 | Swindle, Darryl N | Darryl N Swindle<br>1430 E 69th St #3S<br>Chicago IL 60637 | $40.73 | Checks issued to debtor not presented within 90 days |

EXHIBIT A:  Unclaimed Creditor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 15) | 12 B 25353 | Springfield, Shanice L | Shanice L Springfield<br>7750 S Hermitage #1<br>Chicago IL  60620 | $323.08 | Checks issued to debtor not presented within 90 days |
| 16) | 12 B 40315 | Lockett, Barbara J | Barbara J Lockett<br>302 W 151st PL<br>Harvey IL  60426 | $5.26 | Check issued to debtor not presented within 90 days |
| 17) | 12 B 38944 | Williams, Carl Crawford H | Carl Crawford H Williams<br>1200 Carol St #A<br>Park Ridge IL  60068 | $243.70 | Checks issued to debtor not presented within 90 days |
| 18) | 12 B 39903 | Curtis, Dorene Edna | Dorene Edna Curtis<br>17221 Park Ln<br>Country Club Hills IL  60478 | $1.75 | Check issued to debtor not presented within 90 days |
| 19) | 13 B 12324 | Binion, Richard K | Richard K Binion<br>6140 S Throop 2nd FL<br>Chicago IL  60636 | $207.69 | Checks issued to debtor not presented within 90 days |
| 20) | 13 B 36221 | Hancock III, William R | William R Hancock III<br>Rebecca C Spees<br>213 Tanglewood Dr<br>Elk Grove Village IL  60007 | $7.40 | Check issued to debtor not presented within 90 days |

$4,132.20